Wednesday,
June 29.

JONES *v.* MYERS and Others.

APPEAL from the *Wabash* Circuit Court.

*Per Curiam.*—This was a suit in chancery commenced in *December*, 1848, and final decree rendered in the Court below in *October*, 1851. Having examined the case, we are satisfied that its decision turns upon the weight of evidence, which, in our opinion, fully sustains the decree of the Circuit Court.

The decree is affirmed with 3 per cent. damages and costs.

*J. U. Pettit*, for the appellant.

*H. P. Biddle* and *B. W. Peters*, for the appellees.